*E-Filed 1/28/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, | No. C 13-3639 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| VILLA APARTMENTS, | |
| Defendant. | |

Plaintiff has failed to comply with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint addressing the concerns raised in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: January 28, 2014

RICHARD SEEBORG
United States District Judge